United States District Court
Southern District of Texas
**ENTERED**
May 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS MIGUEL ROMAN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-1060 |
| | § | |
| HTX GROUP, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Plaintiff's motion for voluntary dismissal (Dkt. 7) is GRANTED. It is therefore ORDERED that this case of action is DISMISSED without prejudice.

Signed at Houston, Texas on May 23, 2018.

_____
Gray H. Miller
United States District Judge